Case 4:25-cr-00587   Document 1   Filed on 11/05/25 in TXSD   Page 1 of 2

United States Courts
Southern District of Texas
FILED

*November 05, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **REMOND HUTCHINSON**, <br><br> Defendant. | Case No. __4:25-cr-587_____ |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

### (BANK ROBBERY)

On or about September 15, 2025, in the Southern District of Texas and within the jurisdiction of the court,

**REMOND HUTCHINSON**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of PNC BANK, located at 7390 Fannin St., Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

### (BANK ROBBERY)

On or about September 16, 2025, in the Southern District of Texas and within the jurisdiction of the court,

**REMOND HUTCHINSON**

defendant herein, did take, by force, violence and intimidation, from the person or presence of another, United States currency, belonging to and in the care, custody, control, management, and possession of FROST BANK, located at 3432 Scott St., Houston, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC).

In violation of Title 18, United States Code, Section 2113(a).

Original Signature on File

FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY: _____
JILL JENKINS STOTTS
Assistant United States Attorney